UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW C. BEELITZ, | : Civil Action No. 09-3950 (MLC) |
| Plaintiffs, | : |
| v. | : AMENDED SCHEDULING ORDER |
| ADVANCED MEDICAL OPTICS, INC., et al., | : |
| Defendants. | : |

This matter having come before the Court during a telephone status conference on March 3, 2010; and the Court having conferred with counsel concerning the status of discovery; and good cause appearing for the entry of the within Order;

IT IS on this 5th day of March 2010,

ORDERED THAT:

1. The time for completion of the discovery contemplated in the Court's Initial Scheduling Order is extended to June 30, 2010.

2. Counsel must confer in a good faith attempt to resolve any discovery or case management disputes. Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by letter tp tje undersigned. L. CIV. R. 37.1(a)(1).

3. A Status Conference will be held, by telephone, on June 14, 2010 at 10:00 A.M. Plaintiff's counsel shall initiate the call.

4. If appropriate, a date for a Settlement Conference will be set during the Status Conference. Otherwise, the Court will set deadlines for the timely completion of discovery and/or dispositive motions.

5. There will be no extensions of the deadlines set forth in this order, except by leave of the Court.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**